IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEAN L. DEYOUNG,                )
                                )
            Plaintiff,          )
                                )  Civil No. 04-6177-CO
     v.                         )
                                )  ORDER
JO ANNE B. BARNHART,            )
Commissioner of Social Security )
                                )
            Defendant.          )
_____)

Magistrate Judge John P. Cooney his Findings and Recommendation on May 6, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1     - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. The Commissioner's decision is affirmed, and this case is dismissed.

IT IS SO ORDERED.

DATED this 13th day of June, 2005.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE